NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBIN WEISS,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3105

---

Petition for review of the Merit Systems Protection Board in No. DC-315H-10-0671-B-1.

---

**ON MOTION**

---

**O R D E R**

Robin Weiss moves for leave to proceed in forma pauperis and for an extension of time to file her statement concerning discrimination and informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

2 WEISS v. MSPB

(2) The motion for an extension of time is granted to the extent that her Form 10, Statement Concerning Discrimination is due no later than July 16, 2014 and her opening brief is due no later than July 28, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24